# Court of Appeals
# of the State of Georgia

ATLANTA,  August 22, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1554. VRATSINAS CONSTRUCTION COMPANY v. HALL.**

The appellant has notified this Court that the parties to this appeal have reached a settlement agreement and, as a result, have agreed to the withdrawal of this appeal, pursuant to Court of Appeals Rule 41 (g) (1). The motion to withdraw the appeal is hereby GRANTED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*  08/22/2012
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
                *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*